# MINUTE ORDER

Page 4

## Magistrate Judge Chris M. McAliley
### Atkins Building Courthouse - 6th Floor

Date: 11/20/2018   Time: 1:30 p.m.

Defendant: ANTHONY SPENCER    J#: 07306-104    Case #: 18-60310-CR-BLOOM
AUSA: D. Bernstein    Attorney: AFPO - Kate Taylor
Violation: CONSP/COMMIT BANK FRAUD
Surr/Arrest Date: 11/20/2018    YOB: 1991

Proceeding: Initial Appearance / arraign    CJA Appt:
(Bond)/PTD Held: ☐ Yes ☒ No    Recommended Bond:
Bond Set at:    Co-signed by:

☒ Surrender and/or do not obtain passports/travel docs
☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☒ Random urine testing by Pretrial Services
☐ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☒ Maintain or seek full-time employment/education
☒ No contact with victims/witnesses, except through counsel
☒ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☒ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by PJS Omit
☒ Allowances: Medical needs, court appearances, attorney visits, religious, employment or any other reason PJS may approve.
☐ Travel extended to:
☐ Other: 11/28/18

Language: English
Disposition:
D/advised.
D/sworn

Appt AFPO
agreed
$75,000 PSB

Omit
* Deft. Not to
Be Released omit
until he meets
Bond in case omit
01-513-CR
changed omit

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:    correct
Prelim/(Arraign) or Removal:    case #
Status Conference RE:    14-20925
                         Cr-Martinez

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

D.A.R. 15:41:45    Time in Court: 10

s/Chris M. McAliley
Magistrate Judge

called AFPO to inform.