**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60310-CR-BLOOM**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ANTHONY SPENCER,**
    Defendant(s).
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion to Continue Trial, ECF Nos. [12]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance ─ *i.e.*, from the date the Motion was filed, December 14, 2018, to including the date trial commences ─ is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Tuesday, February 19, 2019**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, February 12, 2018** at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **February 15, 2019.** *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). The deadline for all Pre-Trial Motions, including Motions to Suppress and Motions in Limine shall be filed with the Court prior to Calendar Call.

                    **CASE NO. 18-60310-CR-BLOOM**

  **DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2018.

                    _____
                    **BETH BLOOM**
                    **UNITED STATES DISTRICT JUDGE**

 cc:  counsel of record