UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-60310-CR-BLOOM/VALLE

UNITED STATES OF AMERICA         WITNESS AND EXHIBIT LIST

v.

ANTHONY SPENCER, and
DONDRE MANTACK,

      **Defendants.**

| PRESIDING JUDGE<br><br>Honorable Beth Bloom | GOVERNMENT ATTORNEYS<br><br>Sajjad Matin<br>Shannon Shaw | DEFENDANT'S ATTORNEYS<br><br>Anthony Natale<br>Kate Taylor |
|---|---|---|
| TRIAL DATE<br><br>Trial Beginning Tuesday, February 19, 2019 | COURT REPORTER | COURTROOM DEPUTY |

| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESS/EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Photograph of safe in Spencer's room |
| 2A | | | | | Photograph of checks |
| 2B | | | | | Regions bank envelope |
| 2C | | | | | Chase Bank $25.00 check |
| 3A | | | | | Photograph of Regions bank cashier's check |
| 3B | | | | | Regions bank cashier's check |
| 4A | | | | | Photograph of Spencer's DMV certification of address |
| 4B | | | | | Spencer's DMV certification of address |
| 5 | | | | | Spencer's Social Security Card |
| 6 | | | | | Photograph of firearm |
| 7 | | | | | One (1) H&R Arms Revolver, .22 caliber |
| 8 | | | | | Nine (9) rounds of .22 caliber ammunition |
| 9 | | | | | Photograph of gun |
| 10A | | | | | Picture of PayPal card |
| 10B | | | | | Spencer PayPal card |

| | | | | | |
|---|---|---|---|---|---|
| **11** | | | | | Stipulation regarding convicted felon status |
| **12** | | | | | Stipulation regarding firearm and ammunition |
| | | | | | |
| | | | | | Coconut Creek Police Officer John McKinney |
| | | | | | Coconut Creek Crime Scene Investigator Yelena Karabaza |
| | | | | | United States Secret Service Agent James Pierre |