UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-60310-CR-BLOOM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY SPENCER,

       Defendant.

_____/

## NOTICE REGARDING THE ADMISSIBILITY OF EVIDENCE

The parties have reached an agreement regarding the admissibility, or lack of admissibility, of the following evidence:

1. The parties stipulate that the search of Mr. Spencer's residence was pursuant to a validly-issued search warrant, which was obtained following an investigation into Mr. Spencer and another resident.

2. The Government agrees that it will not elicit testimony in its case-in-chief that Mr. Spencer was charged with, and has pleaded guilty to, the fraud charges contained in the indictment. Should the defense open the door to relevant and not unduly prejudicial testimony on this matter, the Government reserves the right to introduce such evidence.

3. The parties further agree to the submission of a redacted indictment.

1

4.  The parties agree that the Government will introduce without objection evidence found in Mr. Spencer's residence, but will not elicit any testimony or argue that any of the evidence found was the product of fraud or other criminal activity unrelated to the alleged possession of a firearm. Should the defense open the door to relevant and not unduly prejudicial testimony on this matter, the Government reserves the right to introduce such evidence.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:    s/ Kate Taylor
Kate Taylor
Assistant Federal Public Defender
Special Bar No.: A5502484
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:  305-533-4255
E-Mail: Kate_Taylor@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **February 16, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Kate Taylor*
Kate Taylor