UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-60310-CR-BlOOM

UNITED STATES OF AMERICA,

        Plaintiff,
  v.

ANTHONY SPENCER,

        Defendant.
_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

2. Do you have any medical condition that would make it difficult for you to serve as a juror on this case?

3. Do you read, speak, write, and understand English?

    Yes, without difficulty _____   Yes, with difficulty _____   No _____

4. Have you ever served on a jury before?   If so, how many times?

Was this:  ____ a grand jury   ____ a trial jury   ___ a criminal case   ___ a civil case

5.  Have you, or any member of your family, or anyone you know been the victim of a crime?  If yes, who and what relationship did they have to you?  What was the crime? Was anyone arrested in connection with the crime? Was anyone convicted of the crime?

6. Have you, or any member of your family, or anyone you know ever been accused of a crime? If yes, who and what relationship did they have to you? What were the charged involved?  How was the matter resolved?

7. When a convicted felon is charged in a new case it is still the duty of each juror to require the government to prove that the person did each and every act necessary to commit the new crime beyond a reasonable doubt. Do you?

1 strongly disagree,    2 disagree,    3 not sure,    4 agree,    5 strongly agree


8. A defendant in a criminal trial should be required to testify to prove his/her innocence. Do you?

1 strongly disagree,    2 disagree,    3 not sure,    4 agree,    5 strongly agree

9. When police officers testify, they are entitled to greater believability because they are law enforcement agents and testifying is part of their job. Do you?

1 strongly disagree,    2 disagree,    3 not sure,    4 agree,    5 strongly agree

10. Have you or anyone in your family or any personal friend ever studied or applied to become a police officer, probation officer or parole officer?

If yes, who and what relationship? Position studied or applied for?

Did the person get the position?    Does the person currently hold the position?

11. Do you know, or have you known, anyone in the United States Attorney's Office, State Attorney's Office, probation office, parole department or the Department of Corrections?   If so, please supply the person's name and the agency for which the person works.

12. Have you or a member of your family ever worked as an employee or volunteer in a law enforcement agency, prison, jail, correctional institution or mental health facility?

13. What are your feelings about the criminal justice system?

14. In our country a person accused of a crime is presumed innocent until the government has presented evidence which proves beyond a reasonable doubt that the person is in fact guilty of the crime charged . Do you?

1 strongly disagree,    2 disagree,    3 not sure,    4 agree,    5 strongly agree

15. Is there anything about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding whether or not the government has proven the guilt of the defendants beyond a reasonable doubt?

16. In our country a person has the right to testify or not testify on their own behalf. And if the person chooses not to testify their failure to testify cannot be used as evidence that they are in fact guilty of the crime alleged. Do you?

1 strongly disagree,    2 disagree,    3 not sure,    4 agree,    5 strongly agree

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:   s/ Anthony J. Natale
        Anthony J. Natale
        Assistant Federal Public Defender
        Florida Bar No. 296627
        150 West Flagler Street, Suite 1500
        Miami, Florida 33130
        Tel:   305-533-4246 / Fax:  305-536-4559
        E-Mail: anthony_natale@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Anthony J. Natale
Anthony J. Natale
