UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60310-CR-BLOOM/VALLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY SPENCER and | ) |
| DONDRE MANTACK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FACTUAL PROFFER

The United States, the Defendant, ANTHONY SPENCER, and counsel for the Defendant, agree that were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts:

The Defendant, together with Dondre Mantack ("Mantack") and others, agreed to print and deposit checks which they knew were fraudulent at banks in the South Florida area and elsewhere. The Defendant, together with Mantack and others, paid employees at both TD Bank and Citibank for information related to the account and routing numbers of legitimate account holders at each respective bank. The Defendant, together with Mantack and others, intended to and did print these stolen account and routing numbers onto blank checks and then issue such fictitious and fraudulent checks with payments made out to the names of others, including individuals involved in the scheme. The Defendant, Mantack, and others involved in this scheme, chose payees with accounts at the same victim bank as the stolen account printed on these fictitious and fraudulent checks. The Defendant, Mantack, and others involved in this scheme, knew that the victim bank would

clear such funds from the deposited check quickly because the payer and payee were both account holders at the victim bank. The Defendant, Mantack, and others involved in this scheme intended to and did remove the funds from these deposited checks from such payee accounts before the victim bank was able to determine the fraud. At no time during the course of this conduct did the Defendant, Mantack, or others involved in this scheme, have authorization or authority to issue or deposit such checks or make or receive such payments.

On or about August 9, 2018, the Defendant executed, or caused the execution of, this scheme and artifice to defraud, by causing a check numbered 4574295068 to be printed with the stolen account and routing number of an entity with the initials "S.C.U." That fraudulent check was made payable to an individual with the initials "T.D." in the amount of $4,987.32 and deposited into the personal account of "T.D." at TD Bank.

On or about August 10, 2018, the Defendant executed, or caused the execution of, this scheme and artifice to defraud, by causing a check numbered 4574295070 to be printed with the stolen account and routing number of "S.C.U." That fraudulent check was made payable to "T.D." in the amount of $4,970.88 to be deposited into the personal account of "T.D." at TD Bank.

On or about August 13, 2018, the Defendant executed, or caused the execution of, this scheme and artifice to defraud, by causing a check numbered 4574295071 to be printed with the stolen account and routing number of "S.C.U." That fraudulent check was made payable to an individual with the initials "S.P." in the amount of $4,988.37 to be deposited into the personal account of "S.P." at TD Bank.

On or about September 6, 2018, the Defendant executed, or caused the execution of, this scheme and artifice to defraud, by causing a check numbered 512294 to be printed with the stolen account and routing number of an entity with the initials "G.F.E. III." That fraudulent check was

made payable to an individual with the initials "S.P." [handwritten: "R.B." with initials] in the amount of $6,681.38 to be deposited into the personal account of "R.B." at Citibank.

At all times relevant to this conduct, TD Bank and Citibank were FDIC-insured financial institutions.

Date: 2/19/2019

BY: _____
Ariana Fajardo Orshan
United States Attorney

_____
SAJJAD MATIN
Assistant United States Attorney

Date: 2/19/2019

_____
ANTHONY NATALE
Attorney for Defendant

Date: 2/19/2019

_____
ANTHONY SPENCER
Defendant