# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 18-60310-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA**                    **WITNESS AND EXHIBIT LIST**

v.

**ANTHONY SPENCER,**

**Defendant.**

| PRESIDING JUDGE | | | | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|
| Honorable Beth Bloom | | | | Sajjad Matin<br>Shannon Shaw | Anthony Natale<br>Kate Taylor |
| TRIAL DATE | | | | COURT REPORTER | COURTROOM DEPUTY |
| Trial Beginning Tuesday, February 19, 2019 | | | | | |

| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESS/EXHIBIT |
|---|---|---|---|---|---|
| 1 | | 2/19/19 | X | X | Photograph of safe in Spencer's room |
| 2A | | 2/19/19 | X | X | Photograph of checks |
| 2B | | 2/19/19 | X | X | Regions bank envelope |
| 2C | | 2/19/19 | X | X | Chase Bank $25.00 check |
| 3A | | 2/19/19 | X | X | Photograph of Regions bank cashier's check |
| 3B | | 2/19/19 | X | X | Regions bank cashier's check |
| 4A | | 2/19/19 | X | X | Photograph of Spencer's DMV certification of address |
| 4B | | 2/19/19 | X | X | Spencer's DMV certification of address |
| 5 | | 2/19/19 | X | X | Spencer's Social Security Card |
| 6A | | 2/19/19 | X | X | Photograph of Spencer's birth certificate |
| 6B | | 2/19/19 | X | X | Spencer's birth certificate |
| 7 | | 2/19/19 | X | X | One (1) H&R Arms Revolver, .22 caliber |
| 8 | | 2/19/19 | X | X | Nine (9) rounds of .22 caliber ammunition |
| 9 | | 2/19/19 | X | X | Photograph of gun |
| 10A | | 2/19/19 | X | X | Picture of PayPal card |
| 10B | | 2/19/19 | X | X | Spencer PayPal card |

| 11 | | 2/19/19 | X | X | Stipulation regarding convicted felon status |
|---|---|---|---|---|---|
| 12 | | 2/19/19 | X | X | Stipulation regarding firearm and ammunition |
| 13 | | 2/19/19 | X | X | Map of Spencer's apartment |
| 14A | | 2/19/19 | X | X | Spencer's credit cards |
| 14B | | 2/19/19 | X | X | Spencer's credit cards, Set 2 |
| 15 | | 2/19/19 | X | X | Spencer's checkbook |
| 16 | | 2/19/19 | X | X | Spencer's letter from BBT |
| | A | 2/19/19 | X | X | Photograph of door handle |
| | | | | | Coconut Creek Police Department Crime Scene Investigator Yelena Karabaza |
| | | | | | Coconut Creek Police Department Detective John McKinney |