UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60310
USA V. ANTHONY SPENCER
**RELEASE OF EXHIBITS**

I, *Sajjad Matin*, Government's Counsel, hereby acknowledge that the Jury Trial has concluded and the exhibit(s) listed below have been returned by the Courtroom Deputy:

☐ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.

Exhibit Nos. _____

_____

☒ **Other**: All Government's exhibits admitted at trial.

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _____  Date: 2/20/2019

Exhibits Released by: _____
Elizabeth Gariazzo, Deputy Clerk